UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON,<br><br>       Plaintiff,<br><br>   v.<br><br>R. FIGUEROA, et al.,<br><br>       Defendants. | Case No. 1:20-cv-00767-EPG (PC)<br><br>ORDER REQUIRING DEFENDANTS<br>TO FILE RESPONSIVE PLEADING |

   Erin Peterson ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On August 19, 2020, Defendants filed their waiver of service, acknowledging that they had sixty days from July 20, 2020, to file their responsive pleading.  (ECF No. 13).  This deadline has passed, and Defendants have not filed their responsive pleading.  Accordingly, the Court gives Defendants until the close of business on October 2, 2020, to file their responsive pleading.[1]  If Defendants fail to file their responsive pleading by the close of business on October 2, 2020, the Court will direct the Clerk of Court to enter their default.
IT IS SO ORDERED.

   Dated:  **September 25, 2020**          /s/ Erin P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Defendants have contacted ADR Coordinator Sujean Park to schedule a settlement conference.  However, this did not relieve Defendants of their obligation to respond to the complaint.  If Defendants want to file their responsive pleading after the settlement conference, Defendants must file a motion asking for such relief.

1