UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LYNN PETERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. FIGUEROA, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00767-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF RESPONSIVE PLEADING DEADLINE PENDING SETTLEMENT CONFERENCE<br><br>(ECF No. 22) |

　　　On September 28, 2020, Defendants filed a motion for stay of responsive pleading deadline pending settlement conference. (ECF No. 22). Defendants state that they have exchanged letters with Plaintiff regarding settlement, and that they "believe that there is a strong chance this matter will be resolved in the Court's early settlement conference, if not in advance of that conference." (ECF No. 22-1, p. 2). "Defendants request that a stay of Defendants' responsive-pleading deadline be implemented, and Defendants be ordered to file a responsive pleading 14 days after the settlement conference, if necessary." (Id. at 3).

　　　The Court finds good cause to grant Defendants' motion.

　　　Accordingly, IT IS ORDERED that, if the case does not settle at the early settlement conference, Defendants' responsive pleading is due no later than fourteen days after the early settlement conference.

IT IS SO ORDERED.

　　Dated:　**September 30, 2020**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE